> MOTION GRANTED. The Clerk is directed to file the Third Amended Complaint (Docket No. 13). The Defendant's motion to dismiss (Docket No. 7) is DENIED without prejudice as moot in light of the amended complaint.

*[signature]*

IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE, )<br>    *Plaintiff,* )<br>)<br>v. )<br>)<br>BELMONT UNIVERSITY, )<br>    *Defendant.* ) | Case No. 3:25-CV-131 |

### MOTION FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT

COMES NOW, the Plaintiff, Jane Doe (hereinafter "Plaintiff"), and respectfully moves for leave to amend Plaintiff's *Second Amended Complaint* for reasons fully discussed in the accompanying memorandum of law.

Plaintiff filed this action on November 1, 2024 in the Circuit Court for the 20th Judicial District at Nashville, Davidson County, Tennessee claiming Negligent Infliction of Emotional Distress and Intentional Infliction of Emotional Distress. On January 21, 2025, Plaintiff filed an *Amended Complaint* adding a claim under the Americans with Disabilities Act. Then on January 31, 2025, Plaintiff filed a *Second Amended Complaint* adding a claim under Section 504 of the Rehabilitation Act of 1973. Defendant then filed to remove this action from the Circuit Court for the 20th Judicial District at Nashville, Davidson County, Tennessee to this Honorable Court, the United States District Court for the Middle District of Tennessee. Now, since Plaintiff's previous complaints, including the operative *Second Amended Complaint*, were filed prior to removal and thus pled under Tennessee's notice pleading requirements, Plaintiff respectfully moves this Court for leave to file a *Third Amended Complaint* to meet the federal pleading requirements. Plaintiff's *Third Amended Complaint* is attached hereto as *Exhibit 1*.

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS:**

1. Plaintiff be granted leave to amend and file a *Third Amended Complaint*.

2. For any further relief this Court deems necessary.

Respectfully submitted this 26 day of February, 2025.

/s/ TIFFANY D. HAGAR
TIFFANY D. HAGAR, #029190
ERIC L. PHILLIPS, #027980
*Attorneys for Plaintiff*
Hagar & Phillips, PLLC
207 University Ave.
Lebanon, TN 37087
(615) 784-4588
(855) 286-8279 (fax)
ephillips@hplawtn.com
thagar@hplawtn.com

**UNOPPOSED MOTION**

In compliance with Local Rule 7.01(a), counsel for Plaintiff has conferred with counsel for Defendant and this motion is unopposed.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025, the foregoing *Motion for Leave to Amend Second Amended Complaint* was served via the Court's ECF system upon the following:

Jennifer S. Rusie
Lauren Irwin
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
(615) 565-1664
jennifer.rusie@jacksonlewis.com

/s/ TIFFANY D. HAGAR
TIFFANY D. HAGAR, #029190