# IN UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JANE DOE, <br>     *Plaintiff,* <br><br> v. <br><br> BELMONT UNIVERSITY, <br>     *Defendant*. | Case No. 3:25-CV-131 |

## MOTION FOR PRELIMINARY INJUNCTION

    COMES NOW, the Plaintiff, Jane Doe (hereinafter "Plaintiff"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 65 and files this *Motion for Temporary Injunction*. For reasons more thoroughly explained in Plaintiff's accompanying *Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction*, Plaintiff respectfully requests this Court for an order prohibiting the enforcement of Plaintiff's involuntary withdrawal from Belmont University through the pendency of this litigation and allowing Plaintiff to live on campus and enroll in classes and attend classes in person beginning the Summer 2025 Semester. Plaintiff believes this to strongly be the best option for her academic and health wise. In the alternative, with the end goal of completing her studies, Plaintiff respectfully requests this Court for an order prohibiting the enforcement of Plaintiff's involuntary withdrawal from Belmont University through the pendency of this litigation and allowing Plaintiff to enroll in classes and attend classes in person beginning the Summer 2025 Semester while living off campus. Belmont has indicated it will oppose this motion.

Respectfully submitted this 28th day of March 2025.

/s/ DAVID C. BRUST
TIFFANY D. HAGAR, #029190
ERIC L. PHILLIPS, #027980
DAVID C. BRUST, #040233
*Attorneys for Plaintiff*
Hagar & Phillips, PLLC
207 University Ave.
Lebanon, TN 37087
(615) 784-4588
(855) 286-8279 (fax)
ephillips@hplawtn.com
thagar@hplawtn.com
dbrust@hplawtn.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, the foregoing *Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction* was served via the Court's ECF system upon the following:

Jennifer S. Rusie
Lauren Irwin
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
(615) 565-1664
jennifer.rusie@jacksonlewis.com

/s/ DAVID C. BRUST
TIFFANY D. HAGAR, #029190
ERIC L. PHILLIPS, #027980
DAVID C. BRUST, #040233