IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 3:25-cv-00131 |
| | ) Judge Crenshaw/Frensley |
| BELMONT UNIVERSITY, | ) |
| Defendant(s). | ) |

# O R D E R

Today's Initial Case Management Conference is hereby continued to April 25, 2025 at 9:00 a.m. <u>via telephone</u>. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

**IT IS SO ORDERED**.

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**