IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
|     Plaintiff, ) | Civil Action No. 3:25-cv-131 |
| ) | Judge Crenshaw/Frensley |
| v. ) | Jury Demand |
| ) | |
| BELMONT UNIVERSITY, ) | |
|     Defendant. ) | |

**ORDER**

The Court held a case management conference with the Parties on April 25, 2025, to address the extent of limited discovery necessary to prepare for a hearing on the Plaintiff's Motion for Preliminary Injunction. Docket No. 19. Based upon those conversations, the Court orders as follows:

**Preliminary Injunction Briefing Schedule and Target Hearing Date:** The Plaintiff has requested a Preliminary Injunction. The hearing is expected to last 1 day. The target hearing date is not earlier than **July 29, 2025**.

Plaintiff will file a final brief for her Motion for Preliminary Injunction by **June 25, 2025**. Defendant will file a response brief on or before **July 16, 2025.**

Any optional reply shall be filed by **July 23, 2025**.

**Discovery related to the Preliminary Injunction**: All written discovery related to the Preliminary Injunction will be served by **May 2, 2025**. Written discovery will be limited to those matters necessary to brief and address the Section 504 of the Rehabilitation Act issues raised by Plaintiff in her Third Amended Complaint. Responses to written discovery are due **May 23, 2025**.

All depositions of fact witnesses related to the Preliminary Injunction will be completed by **June 13, 2025**. The parties do not anticipate retaining expert witnesses to testify at the

Preliminary Injunction Hearing.

**Case Resolution Plan and Joint ADR Reports:** By no later than seven (7) days before the hearing on the preliminary injunction, the parties shall submit joint report to advise the Court that the parties made a good faith effort to resolve the case. The joint report shall also state whether the parties request referral of the case for ADR.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**