IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **JANE DOE,** *Plaintiff,* | ) ) ) |
| v. | ) ) Case No. 3:25-CV-131 |
| **BELMONT UNIVERSITY,** *Defendant.* | ) ) ) ) |

## MOTION FOR CONTEMPT

COMES NOW, the Plaintiff, Jane Doe (hereinafter "Plaintiff"), by and through counsel, and hereby moves for a finding that Defendant is in contempt of court and an order imposing sanctions for reasons discussed in Plaintiff's accompanying *Memorandum of Law*.

Pursuant to Local Rule 7.01, counsel for Plaintiff has conferred with counsel for Defendant, and this motion is opposed.

**WHEREFORE,** premises consider, Plaintiff prays:

1. For a finding that Defendant is in contempt of court due to filing an unredacted exhibit containing Plaintiff's name, address, and student identification number;

2. For an order imposing sanctions on Defendant, including a fine for each day Plaintiff's name has been public and Plaintiff's attorney's fees for bringing this motion and working to seal Plaintiff's name and address;

3. For an order prohibiting Defendant from making future references to Plaintiff's name, address, and other personal identifiers; and

4. For any other relief this Court deems necessary.

Respectfully submitted this 30th day of April 2025.

/s/ DAVID C. BRUST
TIFFANY D. HAGAR, #029190
ERIC L. PHILLIPS, #027980
DAVID C. BRUST, #040233
*Attorneys for Plaintiff*
Hagar & Phillips, PLLC
207 University Ave.
Lebanon, TN 37087
(615) 784-4588
(855) 286-8279 (fax)
ephillips@hplawtn.com
thagar@hplawtn.com
dbrust@hplawtn.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, the foregoing *Motion for Contempt* was served via the Court's ECF system upon the following:

Jennifer S. Rusie
Lauren Irwin
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
(615) 565-1664
jennifer.rusie@jacksonlewis.com

/s/ DAVID C. BRUST
TIFFANY D. HAGAR, #029190
ERIC L. PHILLIPS, #027980
DAVID C. BRUST, #040233