**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:25-cv-00131** |
| | ) | |
| **BELMONT UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

A hearing to consider Plaintiff's motion for a preliminary injunction is set for **August 26, 2025,** at 9:00 a.m. Absent extraordinary circumstances, the hearing will conclude on that day.

The parties shall file with the Court by **August 18, 2025**, the following pertaining to the preliminary injunction hearing: (1) any affidavits; (2) witness lists with a one to two sentence of the anticipated testimony; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made the witness available for deposition on or before **August 11, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE