# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:25-cv-131 |
| | ) | Judge Crenshaw/Frensley |
| v. | ) | Jury Demand |
| | ) | |
| BELMONT UNIVERSITY, | ) | |
|     Defendant. | ) | |

## ORDER

Pending before the Court is a motion to seal exhibit to Defendant's reply in support of motion to dismiss Plaintiff's Third Amended Complaint. Docket No. 29. The Court and Parties are aware for the standards for sealing which will not be restated here. The Court has reviewed the exhibit Defendant seeks to seal in this case. The exhibit contains personally identifying information of the Plaintiff, who is currently proceeding under a pseudonym. Docket No. 27-1. The Court finds that it is appropriate at this stage to allow the exhibit to remain under seal. However, as necessary in further proceedings, the Court may revisit this Order in whole or in part, specifically as it relates to resolving the motion to dismiss.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**