IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE, ] | |
|     Plaintiff, ] | Case No. 3:25-cv-131 |
| ] | |
| v. ] | |
| ] | |
| BELMONT UNIVERSITY, ] | |
|     Defendant. ] | |
| ] | |

## MOTION TO SEAL

Comes now Defendant Belmont University ("Belmont"), by and through undersigned counsel, and moves the Court to file under seal the Plaintiff's deposition transcript, taken on June 11, 2025, Marina Powell's deposition transcript, take June 13, 2025, Tamika Williams' personal deposition, taken on June 10, 2025, and Tamika Wlliams' deposition testifying as Belmont's corporate witness pursuant to Rule 30(b)(6) of the Fed. R. Civ. P., taken June 13, 2025, as attachments to Defendant's Memorandum of Law in Support of Defendant's Response in Opposition to Plaintiff's Motion for Preliminary Injunction. Plaintiff Jane Doe has marked her deposition as Confidential pursuant to the parties' Agreed Protective Order entered by this Court on June 26, 2025 (Doc. 50). The remaining documents contain potentially personally identifying information of Plaintiff, and should be sealed because Plaintiff is proceeding under a pseudonym.

1

Respectfully submitted,

*/s/ Jennifer Smith Rusie*
Jennifer Smith Rusie, BPR No.
Lauren Irwin, BPR No. 038433
**JACKSON LEWIS P.C.**
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 565-1661
Email: Jennifer.rusie@jacksonlewis.com
Lauren.Irwin@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on July 16, 2025, I served a true and correct copy this *Motion to Seal Document* via electronic mail, upon the following counsel of record:

**TIFFANY D. HAGAR,** #029190
**ERIC L. PHILLIPS,** #027980
**DAVID C. BRUST** #040233
Hagar & Phillips, PLLC
*Attorneys for Petitioner*
207 University Avenue
Lebanon, TN 37087
(615) 784-4588
(855) 286-8279
dbrust@hplawtn.com

*/s/ Jennifer Smith Rusie*
Jennifer Smith Rusie

4934-5202-3638, v. 1

2