UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JANE DOE, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:25-cv-00131 |
| BELMONT UNIVERSITY, | ) |
| Defendant. | ) |

## ORDER

The Court held a telephonic status conference on Monday, August 25, 2025. For the reasons discussed, the hearing on Plaintiff's Motion for a Preliminary Injunction (Doc. No. 18) is **RESCHEDULED** to Tuesday, **September 9, 2025** and Wednesday, **September 10, 2025**. The hearing will start at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE