UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:25-cv-00131 ) |
| BELMONT UNIVERSITY, | ) ) |
| Defendant. | ) ) |

### ORDER

On August 22, 2025, the Court granted Defendant Belmont University's Motion for Reconsideration of the State Court's Order on Plaintiff's Use of a Pseudonym (Doc. No. 58), and instructed that Plaintiff Jane Doe ("Doe") may no longer proceed under a pseudonym. (Doc. No. 77). Consistent with the Court's August 22, 2025 Order, Doe shall file an amended complaint using her real name by Friday, **August 29, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE