Motion (72) is **DENIED AS MOOT.**

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE, *Plaintiff,* | ) ) ) |
| v. | ) Case No. 3:25-CV-131 ) JUDGE CRENSHAW |
| BELMONT UNIVERSITY, *Defendant.* | ) MAGISTRATE JUDGE FRENSLEY ) ) |

## MOTION TO EXCLUDE WITNESSES

Comes now the Plaintiff, Jane Doe (hereinafter "Plaintiff"), by and through counsel, and respectfully requests this Court for an order excluding certain witnesses from testifying at the hearing on Plaintiff's motion for a preliminary injunction for reasons more particularly described in Plaintiff's *Memorandum in Support of Motion to Exclude Witnesses.*

In short, the witnesses Plaintiff seeks are Angie Bryant, La'Keisha Armstrong, Mark Labbe, Lauren Anderson, and Katherine Cornelius. These witnesses were not deposed seven (7) days prior to the hearing on Plaintiff's motion for a preliminary injunction as required by this Court's April 1, 2025 Order (Dkt. 20). Therefore, Plaintiff requests that these witnesses be excluded from testifying at the August 26, 2025, hearing on Plaintiff's motion for a preliminary injunction.

Belmont opposes the relief sought in the motion. However, if this motion is denied, Counsel for Belmont does not oppose limiting Katherine Cornelius's testimony to her role as Director of Counseling Services and any dealings she may have had with Plaintiff which occurred outside the clinical setting.