Motion (33) is **DENIED AS MOOT.**

*[Signature]*
US DISTRICT JUDGE

IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JANE DOE,<br> *Plaintiff,* | )<br>)<br>) | |
| v. | )<br>) | Case No. 3:25-CV-131 |
| BELMONT UNIVERSITY,<br> *Defendant.* | )<br>)<br>) | |

## MOTION FOR CONTEMPT

COMES NOW, the Plaintiff, Jane Doe (hereinafter "Plaintiff"), by and through counsel, and hereby moves for a finding that Defendant is in contempt of court and an order imposing sanctions for reasons discussed in Plaintiff's accompanying *Memorandum of Law*.

Pursuant to Local Rule 7.01, counsel for Plaintiff has conferred with counsel for Defendant, and this motion is opposed.

**WHEREFORE,** premises consider, Plaintiff prays:

1. For a finding that Defendant is in contempt of court due to filing an unredacted exhibit containing Plaintiff's name, address, and student identification number;

2. For an order imposing sanctions on Defendant, including a fine for each day Plaintiff's name has been public and Plaintiff's attorney's fees for bringing this motion and working to seal Plaintiff's name and address;

3. For an order prohibiting Defendant from making future references to Plaintiff's name, address, and other personal identifiers; and

4. For any other relief this Court deems necessary.