UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAVANAH BENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-cv-00131 |
| | ) |
| BELMONT UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

On September 9 and 10, 2025, the Court held an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction (Doc. No. 18). For the reasons discussed on the record, Plaintiff's Motion (Doc. No. 18) is **DENIED**. As discussed during the hearing, by Wednesday, **September 17, 2025**, the parties shall file a joint notice confirming with the Court: (1) that they have engaged a mediator; and (2) a date certain for them to continue mediation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE