MOTION GRANTED.

# IN UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| SAVANAH BENZ,<br>*Plaintiff,*<br><br>v.<br><br>BELMONT UNIVERSITY,<br>*Defendant.* | )<br>)<br>)<br>) Case No. 3:25-CV-131<br>)<br>)<br>) |

### PLAINTIFF'S MOTION TO MODIFY CASE MANAGEMENT ORDER

COMES NOW, the Plaintiff, Savanah Benz (hereinafter "Plaintiff"), by and through counsel, and hereby moves for an order modifying the Initial Case Management Order (Dkt. 31). Plaintiff request that the Order be modified to state as follows:

H. DISCOVERY: The parties shall complete all written discovery and depose all fact witnesses on or before **February 27, 2026**. Discovery is not stayed during dispositive or other motions, unless ordered by the Court. No motions concerning discovery are to be filed until after counsel have spoken in a good faith effort to resolve any dispute(s). Discovery motions are to be filed in accordance with the practices of the Magistrate Judge, who will resolve all disputes. All discovery-related motions shall be filed by no later than **February 13, 2026.**

I. MOTIONS TO AMEND OR ADD PARTIES: Any motions to amend or to add parties shall be filed by no later than **July 25, 2025**.

J. DISCLOSURE OF EXPERTS: The plaintiff shall identify and disclose all expert witnesses and expert reports on or before **November 5, 2025**. The defendant shall identify and disclose all expert witnesses and reports on or before **December 3, 2025**. No

supplemental expert reports or rebuttal experts shall be allowed, except upon order of the Court for good cause shown. If Plaintiff designates any non-retained expert witness, she agrees to produce his Rule 26(a)(2)(C) disclosure by May 15, 2025. Depositions of such non-retained experts should take place during the fact discovery period unless otherwise agreed.

K. DEPOSITIONS OF EXPERT WITNESSES: All experts shall be deposed by no later than **February 27, 2026.**

L. TELEPHONE STATUS CONFERENCE: A status conference shall be held telephonically on **December 29, 2025, at 9:00 a.m.**, to address: status of discovery (including any discovery issues or disputes); prospect for settlement (including propriety of ADR); and, any other appropriate matters. The Parties shall call 1-855-244-8681, at the appointed time. and when prompted for the access code, enter 23139129180# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

M. DISPOSITIVE MOTIONS: Dispositive motions shall be filed by no later than **April 10, 2026**. Responses to dispositive motions shall be filed within 28 days after the filing of the motion. Briefs or memoranda of law in support of or in opposition to a dispositive motion shall not exceed 25 pages. Optional replies may be filed within 14 days after the filing of the response and shall not exceed 5 pages.1 No motion for partial summary judgment shall be filed except upon leave of court. Any party wishing to file such a motion shall first file a separate motion that gives the justification for filing a partial summary judgment motion in terms of overall economy of time and expense for the parties,

counsel and the Court. In all other respects, the provisions of Local Rule 56.01 shall govern.

In compliance with Local Rule 7.01(a), counsel for Plaintiff has conferred with counsel for Defendant and this motion is unopposed.

Respectfully submitted this 19th day of September, 2025.

/s/ DAVID C. BRUST
TIFFANY D. HAGAR, #029190
ERIC L. PHILLIPS, #027980
DAVID C. BRUST, #040233
*Attorneys for Plaintiff*
Hagar & Phillips, PLLC
207 University Ave.
Lebanon, TN 37087
(615) 784-4588
(855) 286-8279 (fax)
ephillips@hplawtn.com
thagar@hplawtn.com
dbrust@hplawtn.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, the foregoing *Motion* was served via the Court's ECF system upon the following:

Jennifer S. Rusie
Lauren Irwin
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
(615) 565-1664
jennifer.rusie@jacksonlewis.com

/s/ DAVID C. BRUST
TIFFANY D. HAGAR, #029190
ERIC L. PHILLIPS, #027980
DAVID C. BRUST, #040233