UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| SAVANAH BENZ, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 3:25-cv-00131 |
| BELMONT UNIVERSITY, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Belmont University's ("Belmont") Motion to Dismiss the Third Amended Complaint (Doc. No. 21). Given that Plaintiff Savanah Benz ("Benz") has subsequently filed a Fourth Amended Complaint (Doc. No. 82) that supersedes the Third Amended Complaint, Belmont's Motion to Dismiss the Third Amended Complaint (Doc. No. 21) is **DENIED AS MOOT**. See Crawford v. Tilley, 15 F.4th 752, 759 (6th Cir. 2021) ("The general rule is that filing an amended complaint moots pending motions to dismiss.").

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE